# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE L. COONTZ,<br><br>           Plaintiff,<br>    vs.<br><br>ASTORA WOMEN'S HEALTH, LLC, and AMERICAN MEDICAL SYSTEMS, INC.,<br><br>           Defendants. | Case No.: 1:20-CV-01379-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANT TO ANSWER FIRST AMENDED COMPLAINT**<br><br>(Doc. 5) |

Based upon the stipulation of the parties allowing the plaintiff to file a first amended complaint, the Court **ORDERS**:

1. Plaintiff's deadline to file a First Amended Complaint is November 13, 2020.

2. Defendant's deadline to respond to the First Amended Complaint will be December 13, 2020.

IT IS SO ORDERED.

Dated:   **November 4, 2020**              /s/ Jennifer L. Thurston
                                                  UNITED STATES MAGISTRATE JUDGE