**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE L. COONTZ., | Case No.: 1:20-cv-01379 NONE JLT |
| Plaintiff, | ORDER GRANTING THE APPLICATION OF RACHEL L. WRIGHT TO APPEAR PRO HAC VICE FOR PLAINTIFF |
| v. | |
| ASTORA WOMEN'S HEALTH LLC, et al., | (Doc. 11) |
| Defendants. | |

Rachel L. Wright has applied to appear pro hac vice for the plaintiff. (Doc. 11) She has demonstrated good standing in the courts in Texas (Doc. 11 at 5) and has paid the fee for admission. Id. She has not been admitted pro hac vice in this Court over the last year. Therefore, the application is **GRANTED**.

IT IS SO ORDERED.

Dated: __December 10, 2020__          _____/s/ Jennifer L. Thurston_
                                      UNITED STATES MAGISTRATE JUDGE