# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE L. COONTZ,<br><br>                Plaintiff,<br>    vs.<br>ASTORA WOMEN'S HEALTH, LLC, and AMERICAN MEDICAL SYSTEMS, INC.,<br><br>                Defendants. | Case No.: 1:20-CV-01379-NONE-JLT<br><br>**ORDER GRANTING REQUEST TO WITHDRAW THE MOTION FOR PROTECTIVE ORDER**<br><br>(Doc. 26) |

    Based upon the request of the moving party, the Court **ORDERS**:

    1.    Plaintiff's request to withdraw her motion for a protective order (Doc. 24) is **GRANTED**.

IT IS SO ORDERED.

    Dated:   **May 19, 2021**                  **/s/ Jennifer L. Thurston**
                                                                       CHIEF UNITED STATES MAGISTRATE JUDGE