UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE L. COONTZ,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ASTORA WOMEN'S HEALTH LLC, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:20-CV-01379-NONE-JLT<br><br>**[PROPOSED] ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE COUNT II OF THE FIRST AMENDED COMPLAINT** |

　　Ms. Coontz and Defendant Astora Women's Health, LLC (f/k/a American Medical Systems, Inc.) ("Astora") have stipulated to dismiss Count II of the First Amended Complaint. Thus, the Court directs the Clerk of Court to close Count II **only** of Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

　　Dated:　**October 8, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE