# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE L. COONTZ,<br><br>            Plaintiff,<br><br>     v.<br><br>ASTORA WOMEN'S HEALTH, LLC, et al.,<br><br>            Defendants. | Case No. 1:20-cv-01379-DAD-BAK<br><br>ORDER RE: JOINT REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 37) |

A scheduling order for this matter issued on December 17, 2020. (ECF No. 19.)

On February 16, 2022, the parties submitted a joint request to modify the schedule. (ECF No. 37.) The parties appear to seek the modifications, in part, due to confusion arising from the Order of Clarification and reassignment orders as to whether the action was stayed. Nevertheless, the Court is satisfied sufficient good cause exists to grant the requested stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Plaintiff's Disclosure of Experts: **May 20, 2022**
2. Defendants' Disclosure of Experts: **June 20, 2022**
3. Rebuttal Expert Disclosure Deadline: **July 8, 2022**
4. Expert Discovery Deadline: **September 9, 2022**

1

5.     Dispositive Motion Filing Deadline: **October 10, 2022**

6.     Dispositive Motion Hearing Deadline: **November 9, 2022**

7.     Pretrial Conference: **January 23, 2023** at **1:30 p.m.**, in Courtroom 5 before the Honorable Dale A. Drozd.

IT IS SO ORDERED.

Dated:    **February 17, 2022**               _____
                                                           UNITED STATES MAGISTRATE JUDGE