# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE L. COONTZ,<br><br>Plaintiff,<br><br>v.<br><br>ASTORA WOMEN'S HEALTH, LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-01379-DAD-BAK<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 42)<br><br>**DEADLINE: JULY 25, 2022** |

This action was filed on September 28, 2020. (ECF No. 1.) On April 21, 2022, the parties filed a notice of settlement, in which they indicate the parties have reached a settlement "in principle." (ECF No. 42.) The parties proffer they "anticipate filing a Stipulation of Dismissal within ninety (90) days, or will otherwise update the Court regarding the status of the settlement at that time." (Id. at 2.) They request the Court vacate all deadlines and hearings and set this case for an order to show cause re: dismissal for a date on or after July 21, 2022. (Id.)

The parties are reminded that, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). The parties request additional time to file the dispositional documents, but do not assert much with respect to a good cause showing. At most, the parties appear to suggest additional time is needed to file the dispositional documents because the settlement has been reached "in principle" and additional time is required to finalize the agreement.

1

In this instance, the Court is satisfied good cause exists and will grant the requested extension. However, the parties are advised that no further extensions of time shall be granted absent a strong showing of good cause, and are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." Id. (citing E.D. Cal. L.R. 272). Further, the Court declines to set this matter for an order to show cause at this time, but advises the parties it will be inclined to issue such an order if the parties fail to meet their filing deadline. Finally, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **July 25, 2022**.

IT IS SO ORDERED.

Dated:   **April 26, 2022**

UNITED STATES MAGISTRATE JUDGE