# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE L. COONTZ,<br><br>Plaintiff,<br><br>v.<br><br>ASTORA WOMEN'S HEALTH, LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-01379-DAD-BAK<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 44) |

On July 25, 2022, a stipulation was filed dismissing this action with prejudice and with each party to bear its own costs and fees. (ECF No. 44.) In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **July 26, 2022**

UNITED STATES MAGISTRATE JUDGE